**Defendant MillerCoors LLC's Answer, Defenses, Crosscclaim, and Counterclaim to Plaintiff's Complaint**

# COMPOSITE EXHIBIT D

# Outstanding Invoices

*Capital Solutions Bancorp LLC v.
MillerCoors LLC, Denver Cleaning Services, Inc., and Carlos Castillo*
USDC, Middle District of Florida, Ft. Myers Division
Civil Action No.: 2:15-cv-00488-SPC-MRM



**Denver Cleaning Services, Inc.**
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/01/2015 | 51108 |

| Terms | Due Date |
|---|---|
| Net 10 | 04/01/2015 |

**Bill To**
Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI  513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $108,413.75 | |

Please detach top portion and return with your payment.

| P.O. Number | Location |
|---|---|
| 7500140211 | Golden CO |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • VENDOR NUMBER 508193 | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services And Support Govt. | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services & Support Cellar | 1 | 162.71 | 162.71 |
| • Item 10 Custodial Services & Support Brewing | 1 | 4,845.38 | 4,845.38 |
| • Item 10 Custodial Services & Support K-1 Process | 1 | 177.44 | 177.44 |
| • Item 10 Custodial Services & Support Cellars | 1 | 1,507.89 | 1,507.89 |
| • Item 20 Custodial Services & Support 6 Bottle | 1 | 276.96 | 276.96 |
| • Item 20 Custodial Services & Support Packaging Warehouse | 1 | 3,481.25 | 3,481.25 |
| • Item 20 Custodial Services & Support Packaging Annex | 1 | 8,395.27 | 8,395.27 |
| • Line 20 Custodial Services & Support Packaging Main ACRG | 1 | 149.48 | 149.48 |
| • Item 20 Custodial Services & Support 7 Bottle | 1 | 174.44 | 174.44 |
| • Item 30 Custodial Services & Support GDC | 1 | 1,743.66 | 1,743.66 |
| • Item 30 Custodial Services & Support Jacobson Inspection Trailer | 1 | 406.78 | 406.78 |
| • Item 30 Custodial Services & Support Building 10 | 1 | 1,587.14 | 1,587.14 |
| • Item 30 Custodial Services & Support Truck Wash | 1 | 726.31 | 726.31 |
| • Item 40 Custodial Services & Support Employee Sales | 1 | 178.50 | 178.50 |
| • Item 50 Custodial Services & Support Building 24 Endline | 1 | 6,389.70 | 6,389.70 |
| • Item 60 Custodial Services & Support NOB | 1 | 12,696.74 | 12,696.74 |
| • Item 70 Custodial Services & Support Wellness Center | 1 | 2,877.75 | 2,877.75 |
| • Item 80 Custodial Services & Support Investment Recovery | 1 | 224.06 | 224.06 |
| • Item 80 Custodial Services & Support Process Waste Treatment Plant | 1 | 703.56 | 703.56 |
| • Item 80 Custodial Services & Support General Waste Treatment Plant | 1 | 625.31 | 625.31 |
| • Item 80 Custodial Services & Support Tank Car | 1 | 100.25 | 100.25 |
| • Item 90 Custodial Services CREC | 1 | 1,743.65 | 1,743.65 |
| • Item 100 Custodial Services & Support RMBC | 1 | 14,318.99 | 14,318.99 |
| • Item 110 Custodial Services & Support CEC | 1 | 5,737.60 | 5,737.60 |

Continue to the next page

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 120 Custodial Services & Support Container/Can Plant | 1 | 8,628.69 | 8,628.69 |
| • Item 130 Custodial Services & Support Valve Shop | 1 | 251.07 | 251.07 |
| • Item 130 Custodial Services & Support MES Computer Rm BC107 | 1 | 201.09 | 201.09 |
| • Item 130 Custodial Services & Support 6th. Floor Sensory Labs | 1 | 150.50 | 150.50 |
| • Item 140 Custodial Services & Support BOC | 1 | 25,940.53 | 25,940.53 |
| • Item 150 Custodial Services & Support Outside Trash Containers & Grounds | 1 | 1,919.01 | 1,919.01 |
| • Item 160 Custodial Services & Support Transload | 1 | 1,615.25 | 1,615.25 |
| • Item 170 Custodial Services & Support Guest Relations Extra Support June - August Mold Patrol Lounge 2x per Year | 1 | 476.79 | 476.79 |
| • Annual P.O. Amount $1,300,965.00  Monthly Amount $108,413.75 | 1 | 0.00 | 0.00 |
| • Authorized Representative at Miller Coors - Ben Ruiz - benjamin.ruiz@millercoors.com P.O. Box 4030 Mail Stop BT410 Golden CO 80401 | 1 | 0.00 | 0.00 |
| | | **Total** | **$108,413.75** |



Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/01/2015 | 51109 |
| Terms | Due Date |
| Net 10 | 04/01/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $175.00 | |

Please detach top portion and return with your payment.

| P.O. Number | Location |
|---|---|
| 7500141790 | Golden Co |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 10 Custodial Services & Support Wort Cool Control Room NB4 5th. Floor Once Per Week Service | 1 | 175.00 | 175.00 |
| | | Total | $175.00 |

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



**Denver Cleaning Services, Inc.**
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/22/2015 | 51118 |
| **Terms** | **Due Date** |
| Net 30 | 05/22/2015 |

**Bill To**
Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $108,413.75 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden | April 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • VENDOR NUMBER 508193 | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services And Support Govt. | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services & Support Cellar | 1 | 162.71 | 162.71 |
| • Item 10 Custodial Services & Support Brewing | 1 | 4,845.38 | 4,845.38 |
| • Item 10 Custodial Services & Support K-1 Process | 1 | 177.44 | 177.44 |
| • Item 10 Custodial Services & Support Cellars | 1 | 1,507.89 | 1,507.89 |
| • Item 20 Custodial Services & Support 6 Bottle | 1 | 276.96 | 276.96 |
| • Item 20 Custodial Services & Support Packaging Warehouse | 1 | 3,481.25 | 3,481.25 |
| • Item 20 Custodial Services & Support Packaging Annex | 1 | 8,395.27 | 8,395.27 |
| • Line 20 Custodial Services & Support Packaging Main ACRG | 1 | 149.48 | 149.48 |
| • Item 20 Custodial Services & Support 7 Bottle | 1 | 174.44 | 174.44 |
| • Item 30 Custodial Services & Support GDC | 1 | 1,743.66 | 1,743.66 |
| • Item 30 Custodial Services & Support Jacobson Inspection Trailer | 1 | 406.78 | 406.78 |
| • Item 30 Custodial Services & Support Building 10 | 1 | 1,587.14 | 1,587.14 |
| • Item 30 Custodial Services & Support Truck Wash | 1 | 726.31 | 726.31 |
| • Item 40 Custodial Services & Support Employee Sales | 1 | 178.50 | 178.50 |
| • Item 50 Custodial Services & Support Building 24 Endline | 1 | 6,389.70 | 6,389.70 |
| • Item 60 Custodial Services & Support NOB | 1 | 12,696.74 | 12,696.74 |
| • Item 70 Custodial Services & Support Wellness Center | 1 | 2,877.75 | 2,877.75 |
| • Item 80 Custodial Services & Support Investment Recovery | 1 | 224.06 | 224.06 |
| • Item 80 Custodial Services & Support Process Waste Treatment Plant | 1 | 703.56 | 703.56 |
| • Item 80 Custodial Services & Support General Waste Treatment Plant | 1 | 625.31 | 625.31 |
| • Item 80 Custodial Services & Support Tank Car | 1 | 100.25 | 100.25 |
| • Item 90 Custodial Services CREC | 1 | 1,743.65 | 1,743.65 |
| • Item 100 Custodial Services & Support RMBC | 1 | 14,318.99 | 14,318.99 |
| • Item 110 Custodial Services & Support CEC | 1 | 5,737.60 | 5,737.60 |

Continue to the next page

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215        Thank You For Your Business

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 120 Custodial Services & Support Container/Can Plant | 1 | 8,628.69 | 8,628.69 |
| • Item 130 Custodial Services & Support Valve Shop | 1 | 251.07 | 251.07 |
| • Item 130 Custodial Services & Support MES Computer Rm BC107 | 1 | 201.09 | 201.09 |
| • Item 130 Custodial Services & Support 6th. Floor Sensory Labs | 1 | 150.50 | 150.50 |
| • Item 140 Custodial Services & Support BOC | 1 | 25,940.53 | 25,940.53 |
| • Item 150 Custodial Services & Support Outside Trash Containers & Grounds | 1 | 1,919.01 | 1,919.01 |
| • Item 160 Custodial Services & Support Transload | 1 | 1,615.25 | 1,615.25 |
| • Item 170 Custodial Services & Support Guest Relations Extra Support June - August Mold Patrol Lounge 2x per Year | 1 | 476.79 | 476.79 |
| • Annual P.O. Amount $1,300,965.00  Monthly Amount $108,413.75 | 1 | 0.00 | 0.00 |
| • Authorized Representative at Miller Coors - Ben Ruiz - benjamin.ruiz@millercoors.com P.O. Box 4030 Mail Stop BT410 Golden CO 80401 | 1 | 0.00 | 0.00 |
| | | **Total** | **$108,413.75** |



Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/22/2015 | 51119 |
| **Terms** | **Due Date** |
| Net 10 | 04/22/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI  513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $175.00 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500141790 | Golden CO | April 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 10 Custodial Services & Support Wort Cool Control Room NB4 5th. Floor  Once Per Week Service | 1 | 175.00 | 175.00 |
| | | Total | $175.00 |

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



**Denver Cleaning Services, Inc.**
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/27/2015 | 51120 |

| Terms | Due Date |
|---|---|
| Net 10 | 04/27/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI  513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $108,413.75 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden CO | May 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • VENDOR NUMBER 508193 | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services And Support Govt. | 1 | 0.00 | 0.00 |
| • Item 10 Custodial Services & Support Cellar | 1 | 162.71 | 162.71 |
| • Item 10 Custodial Services & Support Brewing | 1 | 4,845.38 | 4,845.38 |
| • Item 10 Custodial Services & Support K-1 Process | 1 | 177.44 | 177.44 |
| • Item 10 Custodial Services & Support Cellars | 1 | 1,507.89 | 1,507.89 |
| • Item 20 Custodial Services & Support 6 Bottle | 1 | 276.96 | 276.96 |
| • Item 20 Custodial Services & Support Packaging Warehouse | 1 | 3,481.25 | 3,481.25 |
| • Item 20 Custodial Services & Support Packaging Annex | 1 | 8,395.27 | 8,395.27 |
| • Line 20 Custodial Services & Support Packaging Main ACRG | 1 | 149.48 | 149.48 |
| • Item 20 Custodial Services & Support 7 Bottle | 1 | 174.44 | 174.44 |
| • Item 30 Custodial Services & Support GDC | 1 | 1,743.66 | 1,743.66 |
| • Item 30 Custodial Services & Support Jacobson Inspection Trailer | 1 | 406.78 | 406.78 |
| • Item 30 Custodial Services & Support Building 10 | 1 | 1,587.14 | 1,587.14 |
| • Item 30 Custodial Services & Support Truck Wash | 1 | 726.31 | 726.31 |
| • Item 40 Custodial Services & Support Employee Sales | 1 | 178.50 | 178.50 |
| • Item 50 Custodial Services & Support Building 24 Endline | 1 | 6,389.70 | 6,389.70 |
| • Item 60 Custodial Services & Support NOB | 1 | 12,696.74 | 12,696.74 |
| • Item 70 Custodial Services & Support Wellness Center | 1 | 2,877.75 | 2,877.75 |
| • Item 80 Custodial Services & Support Investment Recovery | 1 | 224.06 | 224.06 |
| • Item 80 Custodial Services & Support Process Waste Treatment Plant | 1 | 703.56 | 703.56 |
| • Item 80 Custodial Services & Support General Waste Treatment Plant | 1 | 625.31 | 625.31 |
| • Item 80 Custodial Services & Support Tank Car | 1 | 100.25 | 100.25 |
| • Item 90 Custodial Services CREC | 1 | 1,743.65 | 1,743.65 |
| • Item 100 Custodial Services & Support RMBC | 1 | 14,318.99 | 14,318.99 |
| • Item 110 Custodial Services & Support CEC | 1 | 5,737.60 | 5,737.60 |

Continue to the next page

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 120 Custodial Services & Support Container/Can Plant | 1 | 8,628.69 | 8,628.69 |
| • Item 130 Custodial Services & Support Valve Shop | 1 | 251.07 | 251.07 |
| • Item 130 Custodial Services & Support MES Computer Rm BC107 | 1 | 201.09 | 201.09 |
| • Item 130 Custodial Services & Support 6th. Floor Sensory Labs | 1 | 150.50 | 150.50 |
| • Item 140 Custodial Services & Support BOC | 1 | 25,940.53 | 25,940.53 |
| • Item 150 Custodial Services & Support Outside Trash Containers & Grounds | 1 | 1,919.01 | 1,919.01 |
| • Item 160 Custodial Services & Support Transload | 1 | 1,615.25 | 1,615.25 |
| • Item 170 Custodial Services & Support Guest Relations Extra Support June - August Mold Patrol Lounge 2x per Year | 1 | 476.79 | 476.79 |
| • Annual P.O. Amount $1,300,965.00  Monthly Amount $108,413.75 | 1 | 0.00 | 0.00 |
| • Authorized Representative at Miller Coors - Ben Ruiz - benjamin.ruiz@millercoors.com P.O. Box 4030 Mail Stop BT410 Golden CO 80401 | 1 | 0.00 | 0.00 |
| | | **Total** | **$108,413.75** |



Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/27/2015 | 51121 |
| **Terms** | **Due Date** |
| Net 10 | 04/27/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $175.00 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500141790 | Golden Colorado | May 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 10 Custodial Services & Support Wort Cool Control Room NB4 5th. Floor Once Per Week Service | 1 | 175.00 | 175.00 |
| | | Total | $175.00 |

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/27/2015 | 51122 |
| **Terms** | **Due Date** |
| Net 10 | 04/27/2015 |

### Bill To
Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $24,348.64 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden CO | January 23, 2015 Thru April 23, |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Required Contractor Subscription On Behalf of Miller Coors For Safety Compliance ISN Net World Safety Account 400-226233 Added to Scope of Work | 1 | 2,830.00 | 2,830.00 |
| • Labor to comply and provide ISN NeT World Compliance Documents and Updates Required and Added To Scope of Work by Miller Coors Performed by Carlos Castillo VP Denver Cleaning<br>• 1-23-15 = 4 hrs, 1-26-15 = 6 hrs, 1-28-15 = 4 hrs, 1-29-15 = 2 hrs,<br>• 1-30-15 = 3 hrs, 2-2-15 = 8 hrs, 2-3-15 = 2 hrs, 2-5-15 = 7hrs,<br>• 2-10-15 = 5 hrs, 2-17-15 = 8 hrs, 2-18-15 = 8 hrs, 2-19-15 = 8 hrs<br>• 2-20-15 = 2 hrs, 2-23-15 = 8 hrs, 2-24-15 = 8 hrs, 2-25-15 8 hrs<br>• 2-27-15 = 3 hrs, 3-2-15 = 8 hrs, 3-3-15 = 8 hrs, 3-4-15 = 8 hrs<br>• 3-11-15 = 8 hrs, 3-12-15 = 8 hrs, 3-13-15 = 8 hrs, 3-16-15 = 8 hrs,<br>• 3-17-15 = 8 hrs,  3-18-15 8 hrs, 3-19-15 = 8 hrs, 3-20-15 = 8 hrs,<br>• 3-23-15 through 3-27-15 = 40 hours, 3-30-15 through 4-3-15 = 40hrs<br>• 4-6-15 through 4-10-15 = 40 hours, 4-13-15 through 4-17-15 = 40 hours | 342 | 62.92 | 21,518.64 |
| | | **Total** | **$24,348.64** |

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/27/2015 | 51123 |
| Terms | Due Date |
| Net 10 | 04/27/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $2,724.48 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden CO | Feb/Mar 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 50 Custodial Services & Support Building 24 Endline<br>• Extra Labor Overtime Maria Lopez and Pablo Alverez Requested by Everett Oliver Weekend Coverage<br>• 2-28-15 16 Hours, 3-1-15 16 Hours, 3-7-15 16 Hours<br>• 3-8-15 16 hours, 3-14-15 16 hours, and 3-15-15 16 hours | 96 | 28.38 | 2,724.48 |
| | | Total | $2,724.48 |

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/27/2015 | 51125 |
| **Terms** | **Due Date** |
| Net 10 | 04/27/2015 |

**Bill To**

Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $15,085.16 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden | P.O.Term |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • VENDOR NUMBER 508193 | 1 | 0.00 | 0.00 |
| • Equipment Owned By Denver Cleaning and not returned as of June 26, 2015 By Miller Coors April 24, 2015 Unauthorized Use By Present Contractor After April 24, 2015 Equipment Purchased And Placed At Various Facilities Serviced Prior to April 24, 2015 | 1 | 15,085.16 | 15,085.16 |
| • Authorized Representative at Miller Coors - Ben Ruiz - benjamin.ruiz@millercoors.com P.O. Box 4030 Mail Stop BT410 Golden CO 80401 | 1 | 0.00 | 0.00 |

| | | Total | $15,085.16 |
|---|---|---|---|

Revised 6-26-2015

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business



Denver Cleaning Services, Inc.
P.O. Box 151197
Lakewood, CO 80215

(303)274-0921
customerservice@denvercleaningservices.cc
http://www.Denvercleaningservices.com

# Invoice

| Date | Invoice # |
|---|---|
| 05/11/2015 | 51131 |
| **Terms** | **Due Date** |
| Net 30 | 06/10/2015 |

### Bill To
Miller Coors
Miller Coors
Attention AP Contr
Milwaukee, WI 513201-3103 USA

| Amount Due | Enclosed |
|---|---|
| $43,435.54 | |

Please detach top portion and return with your payment.

| P.O. Number | Location | Service Month |
|---|---|---|
| 7500140211 | Golden | Through June 12, 2015 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • VENDOR NUMBER 508193 | 0 | 0.00 | 0.00 |
| • Item 10 Custodial Services And Support Govt. | 0.400646 | 0.00 | 0.00 |
| • Item 10 Custodial Services & Support Cellar | 0.400646 | 162.71 | 65.19 |
| • Item 10 Custodial Services & Support Brewing | 0.400646 | 4,845.38 | 1,941.28 |
| • Item 10 Custodial Services & Support K-1 Process | 0.400646 | 177.44 | 71.09 |
| • Item 10 Custodial Services & Support Cellars | 0.400646 | 1,507.89 | 604.13 |
| • Item 20 Custodial Services & Support 6 Bottle | 0.400646 | 276.96 | 110.96 |
| • Item 20 Custodial Services & Support Packaging Warehouse | 0.400646 | 3,481.25 | 1,394.75 |
| • Item 20 Custodial Services & Support Packaging Annex | 0.400646 | 8,395.27 | 3,363.53 |
| • Line 20 Custodial Services & Support Packaging Main ACRG | 0.400646 | 149.48 | 59.89 |
| • Item 20 Custodial Services & Support 7 Bottle | 0.400646 | 174.44 | 69.89 |
| • Item 30 Custodial Services & Support GDC | 0.400646 | 1,743.66 | 698.59 |
| • Item 30 Custodial Services & Support Jacobson Inspection Trailer | 0.400646 | 406.78 | 162.97 |
| • Item 30 Custodial Services & Support Building 10 | 0.400646 | 1,587.14 | 635.88 |
| • Item 30 Custodial Services & Support Truck Wash | 0.400646 | 726.31 | 290.99 |
| • Item 40 Custodial Services & Support Employee Sales | 0.400646 | 178.50 | 71.52 |
| • Item 50 Custodial Services & Support Building 24 Endline | 0.400646 | 6,389.70 | 2,560.01 |
| • Item 60 Custodial Services & Support NOB | 0.400646 | 12,696.74 | 5,086.90 |
| • Item 70 Custodial Services & Support Wellness Center | 0.400646 | 2,877.75 | 1,152.96 |
| • Item 80 Custodial Services & Support Investment Recovery | 0.400646 | 224.06 | 89.77 |
| • Item 80 Custodial Services & Support Process Waste Treatment Plant | 0.400646 | 703.56 | 281.88 |
| • Item 80 Custodial Services & Support General Waste Treatment Plant | 0.400646 | 625.31 | 250.53 |
| • Item 80 Custodial Services & Support Tank Car | 0.400646 | 100.25 | 40.16 |
| • Item 90 Custodial Services CREC | 0.400646 | 1,743.65 | 698.59 |
| • Item 100 Custodial Services & Support RMBC | 0.400646 | 14,318.99 | 5,736.85 |
| • Item 110 Custodial Services & Support CEC | 0.400646 | 5,737.60 | 2,298.75 |

Continue to the next page

Remit Payment To: P.O. Box 151197 Lakewood, CO 80215

Thank You For Your Business

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Item 120 Custodial Services & Support Container/Can Plant | 0.400646 | 8,628.69 | 3,457.05 |
| • Item 130 Custodial Services & Support Valve Shop | 0.400646 | 251.07 | 100.59 |
| • Item 130 Custodial Services & Support MES Computer Rm BC107 | 0.400646 | 201.09 | 80.57 |
| • Item 130 Custodial Services & Support 6th. Floor Sensory Labs | 0.400646 | 150.50 | 60.30 |
| • Item 140 Custodial Services & Support BOC | 0.400646 | 25,940.53 | 10,392.97 |
| • Item 150 Custodial Services & Support Outside Trash Containers & Grounds | 0.400646 | 1,919.01 | 768.84 |
| • Item 160 Custodial Services & Support Transload | 0.400646 | 1,615.25 | 647.14 |
| • Item 170 Custodial Services & Support Guest Relations Extra Support June - August Mold Patrol Lounge 2x per Year | 0.400646 | 476.79 | 191.02 |
| • Annual P.O. Amount $1,300,965.00  Monthly Amount $108,413.75 | 1 | 0.00 | 0.00 |
| | | **Total** | **$43,435.54** |



Remit Payment To: P.O. Box 151197 Lakewood, CO 80215          Thank You For Your Business